| | | | | |
|---|---|---|---|---|
| State v. Sanchez | 107,634 | Denied | 08/29/13 | Unpublished |
| State v. Sanchez-Garcia | 107,819 | Denied | 08/29/13 | Unpublished |
| State v. Sawyer | 106,915 | Denied | 04/19/13 | Unpublished |
| State v. Schrock | 107,327 | Denied | 08/29/13 | Unpublished |
| State v. Schumacher | 107,924 | Denied | 08/23/13 | Unpublished |
| State v. Scott | 105,289 | Denied | 05/20/13 | Unpublished |
| State v. Shaw | 106,015 | Denied | 05/20/13 | 47 Kan. App. 2d 994 |
| State v. Shere | 105,867 | Denied | 08/29/13 | Unpublished |
| State v. Shipley | 107,293 | Denied | 08/30/13 | Unpublished |
| State v. Silcott | 105,424 | Denied | 08/19/13 | Unpublished |
| State v. Simmons | 107,396 | Denied | 08/29/13 | Unpublished |
| State v. Simmons | 107,804 | Denied | 08/23/13 | Unpublished |
| State v. Simms | 106,016 | Denied | 09/04/13 | Unpublished |
| State v. Sims | 106,509 | Denied | 07/19/13 | Unpublished |
| State v. Sisco | 107,850 | Denied | 09/04/13 | Unpublished |
| State v. Sisk | 106,987 | Denied | 08/29/13 | Unpublished |
| State v. Skillern | 107,548 | Denied | 09/04/13 | Unpublished |
| State v. Smith | 105,525 | Denied | 08/19/13 | Unpublished |
| State v. Smith | 106,942 | Denied | 08/30/13 | Unpublished |
| State v. Smith | 107,695 | Denied | 08/19/13 | Unpublished |
| State v. Smith | 108,139 | Denied | 08/29/13 | Unpublished |
| State v. Spear | 107,791 | Denied | 08/23/13 | Unpublished |
| State v. Spear | 108,082 | Denied | 08/29/13 | Unpublished |
| State v. Speer | 107,503 | Denied | 08/19/13 | Unpublished |
| State v. Spencer | 107,328 | Denied | 08/19/13 | Unpublished |
| State v. Spooner | 107,099 | Denied | 08/30/13 | Unpublished |
| State v. Sprague | 105,827 | | | |
| | 106,225 | Denied | 08/29/13 | Unpublished |
| State v. Stangl | 105,400 | Denied | 08/19/13 | Unpublished |
| State v. Starks | 107,851 | Denied | 08/19/13 | Unpublished |
| State v. Stegnik | 104,072 | Denied | 08/30/13 | Unpublished |
| State v. Stensland | 106,652 | Denied | 08/29/13 | Unpublished |
| State v. Storer | 107,964 | Denied | 08/29/13 | Unpublished |
| State v. Storms | 107,635 | Denied | 08/29/13 | Unpublished |
| State v. Suady | 105,603 | Granted cross-petition | 05/20/13 | Unpublished |
| State v. Svacina | 108,497 | Denied | 08/29/13 | Unpublished |
| State v. Taylor | 106,188 | Denied | 08/29/13 | Unpublished |
| State v. Taylor | 106,621 | Denied | 08/30/13 | Unpublished |
| State v. Taylor | 107,150 | | | |
| | 107,229 | Denied | 08/30/13 | Unpublished |
| State v. Thompson | 104,314 | Denied | 04/08/13 | Unpublished |
| State v. Thompson | 106,522 | Denied | 08/23/13 | Unpublished |
| State v. Timmons | 108,403 | Denied | 08/30/13 | Unpublished |